AO91 (Rev 12/03)    Criminal Complaint

AUSA    P. Warner

# UNITED STATES DISTRICT COURT

Southern District of Texas McAllen Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | Case Number:    7:25-po-01521 |

Oscar VAZQUEZ-AGUILAR
IAE
Mexico 1995

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **June 12, 2025** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Oscar VAZQUEZ-AGUILAR was encountered by Border Patrol Agents near Mission, Texas, on June 12, 2025. When questioned as to his citizenship, defendant stated that he was a citizen and national of Mexico, who had entered the United States illegally on June 12, 2025 by crossing the Rio Grande River near Mission, Texas.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  Jose A. Presichi
_____
Signature of Complainant

Border Patrol Agent Jose A. Presichi
_____
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

| June 12, 2025 | 8:59 p.m. | at | McAllen, Texas |
|---|---|---|---|
| Date | | | City/State |

| Nadia S. Medrano | Magistrate Judge |
|---|---|
| Name of Judge | Title of Judge |

Signature of Judge